| | |
|---|---|
| 1 | B. Kristian W. Rasmussen, III, FL Bar No. 0229430 |
| 2 | Rachael Raymon Gilmer, FL Bar No. 0887331<br>LEVIN, PAPANTONIO, THOMAS, |
| 3 | MITCHELL, ECHSNER & PROCTOR, P.A.<br>316 South Baylen Street, Suite 600 (32502) |
| 4 | P. O. Box 12308<br>Pensacola, Florida 32591 |
| 5 | Telephone: (850) 435-7080<br>Facsimile: (850) 435-7020 |
| 6 | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699<br><br>District Judge: Charles R. Breyer<br>Magistrate: |
| RITA MCCLURE, individually, and on behalf of ROGER MCCLURE, deceased,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO.,<br><br>Defendants. | Case No. C 06 4597 CRB<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF RITA MCCLURE, INDIVIDUALLY AND, ON BEHALF OF ROGER MCCLURE, DECEASED |

Comes now the Plaintiff, Rita McClure, individually and on behalf of the Estate of Roger McClure ("Plaintiff"), and Defendants Pfizer, Inc., Pharmacia, Corp., and G.D. Searle & Co. ("Defendants"), by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of the plaintiff Rita McClure's claims without prejudice with each side bearing its own attorneys' fees and costs.

This Stipulation and Order, does not affect any claims on behalf of the following named Plaintiffs:

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. C 06 4599 CRB

1. Joseph Sabol, Case No. C 06 4597 CRB

2. Gilbert Pedroza Case No. C 06 4597 CRB

3. James Richards, Sr, Case No. C 06 4597 CRB

4. James Root, Case No. C 06 4597 CRB

5. Wanda Talbot Case No. C 06 4597 CRB

6. Irene Gibson, individually, and on behalf of the Estate of Frank Gibson Case No. C 06 4597 CRB

7. Elizabeth Fields, individually and on behalf of the Estate of George Fields Case No. C 06 4597 CRB

Plaintiff agrees to re-file any and all claims against Defendants, in a United States District Court.

Dated: May 17, 2007

Respectfully submitted

By: _____

Stuart M. Gordon, Esq.
CA Bar No.: 37477
GORDON & REES, LLP
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801
    Attorney for the Defendants

Dated: May 17, 2007

Respectfully submitted

By: _____

B. Kristian W. Rasmussen, III, FL Bar No. 0229430
Rachael M. Raymon, FL Bar No. 0887331
LEVIN, PAPANTONIO, THOMAS,
  MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
Telephone: (850) 435-7080
Facsimile: (850) 435-7020
    Attorneys for Plaintiff

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this 25th day of May, 2007, in San Francisco, California.

_____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Stuart M. Gordon, Esquire