Peter L. Kaufman, FL Bar No. 0548421
LEVIN, PAPANTONIO, THOMAS,
 MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
PO Box 12308
Pensacola, FL 32591
Telephone: (850) 435-7107
Facsimile: (850) 435-7020
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: C 06 4597 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| JOSEPH SABOL, individually, GILBERT PEDROZA, individually, JAMES RICHARDS, SR., individually, JAMES ROOT, individually, WANDA TALBOT, individually, IRENE GIBSON, individually, and on behalf of the ESTATE OF FRANK GIBSON, and ELIZABETH A. FIELDS, individually, and on behalf of the ESTATE OF GEORGE FIELDS,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, JOSEPH SABOL, GILBERT PEDROZA, JAMES

RICHARDS, SR., JAMES ROOT, WANDA TALBOT, IRENE GIBSON, on behalf of the

ESTATE OF FRANK GIBSON, and ELIZABETH A. FIELDS, on behalf of the ESTATE OF

GEORGE FIELDS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: June 5, 2009

By: _____

Peter L. Kaufman, FL Bar No. 0548421
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
PO Box 12308
Pensacola, FL 32591
Telephone: (850) 435-7107
Facsimile: (850) 435-7020
*Attorneys for Plaintiff*

DATED: August 6, 2009

By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **AUG 1 7 2009**     _____

Hon. Charles R. Breyer
United States District Court